NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002529
10-AUG-2016
01:50 PM**

NO. CAAP-13-0002529

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
KARL C. SEE, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
('Ewa Division)
(CASE NO. 1DTA-13-00359)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order of the court, filed on June 2, 2016, is hereby corrected as follows:

On page 3, in the ninth line, the word "that" which appears after "and" should be deleted so that as corrected, the text reads: ". . . and See's offense . . . "

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, August 10, 2016.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, Chief Judge, and Foley and Ginoza, JJ.